# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THOMAS LIN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

TMC THE METALS COMPANY INC., GERRARD BARON, and CRAIG SHESKY,

Defendants.

Case No. 2:24-cv-09684-PA-AJR
Hon. Percy Anderson

**ORDER GRANTING STIPULATION AND SCHEDULING ORDER**

Pursuant to the Stipulation and [Proposed] Scheduling Order filed by Plaintiff Thomas Lin ("Plaintiff") and Defendants TMC The Metals Company, Inc., Gerrard Baron, and Craig Shesky ("Defendants") and good cause appearing, IT IS HEREBY ORDERED THAT:

1.      Defendants shall not respond to the existing complaint until after the Court has appointed lead plaintiff and lead counsel, and the lead plaintiff has designated an operative complaint or filed an amended complaint until a further order of this Court.

**IT IS SO ORDERED**

Dated: December 18, 2024

By: _____
Percy Anderson
United States District Judge

CASE NO. 2:24-cv-09684-PA-AJR
[PROPOSED] ORDER GRANTING STIPULATION
AND SCHEDULING ORDER