UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THOMAS LIN, Individually and on behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>TMC THE METALS COMPANY INC., GERRARD BARON, and CRAIG SHESKY,<br><br>      Defendants. | Case No. 2:24-cv-09684-PA-AJR<br><br>Hon. Percy Anderson<br><br>**ORDER SETTING DEADLINES FOR FILING OF AMENDED COMPLAINT AND MOTION TO DISMISS**<br><br><u>CLASS ACTION</u> |

1

[PROPOSED] ORDER SETTING DEADLINES FOR FILING OF AMENDED COMPLAINT AND MOTION TO DISMISS
2:24-CV-09684-PA-AJR

Pursuant to the Stipulation and [Proposed] Scheduling Order filed by Lead Plaintiff Thomas Robinson, and Defendants TMC The Metals Company, Inc., Gerard Barron, and Craig Shesky ("Defendants") and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.      Lead Plaintiff shall file an amended complaint no later than March 6, 2025;

2.      If Defendants elect to move to dismiss, Defendants shall file any motion to dismiss no later than April 10, 2025;

3.      If Defendants file a motion to dismiss, Lead Plaintiff shall file his opposition brief no later than May 15, 2025;

4.      Defendants shall file a reply brief in support of any motion to dismiss no later than June 5, 2025; and

5.      This stipulation is without prejudice to any of the parties' rights or defenses in this action.

**IT IS SO ORDERED.**

Dated:  February 17, 2025

_____
Percy Anderson
United States District Judge

[PROPOSED] ORDER SETTING DEADLINES FOR FILING OF AMENDED COMPLAINT AND MOTION TO DISMISS
2:24-CV-09684-PA-AJR