UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9684 PA (AJRx) | Date | April 13, 2025 |
|---|---|---|---|
| Title | Thomas Lin v. TMC The Metals Company Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        IN CHAMBERS - COURT ORDER

The Court is in receipt of the Motion to Dismiss filed by defendants TMC The Metals Company Inc., Gerrard Baron and Craig Shesky (collectively "Defendants") on April 10, 2025 ("Motion").  (Docket No. 37.)  The Motion is noticed for hearing on June 23, 2025 at 1:30 p.m.

The Court previously set the following briefing schedule for Defendants' Motion:  Lead Plaintiff Thomas Lin's opposition to the Motion is due no later than May 15, 2025 and Defendants' reply is due no later than June 5, 2025.  (Docket No. 31.)  The briefing schedule remains in effect.  After June 5, 2025, the Motion shall be deemed under submission.  The hearing calendared for June 23, 2025, at 1:30 p.m. is vacated and the matter taken off calendar. The Court will notify the parties once the Court has resolved the Motion or the date and time of a hearing should the Court conclude that oral argument will assist the Court's resolution of the Motion.

IT IS SO ORDERED.