**LATHAM & WATKINS LLP**
Kristin N. Murphy (SBN 268285)
650 Town Center Drive, 20th Floor.
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Email: kristin.murphy@lw.com

Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Email: colleen.smith@lw.com

Jeff G. Hammel (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:jeff.hammel@lw.com

*Attorneys for TMC The Metals Company Inc., Gerard Barron, and Craig Shesky*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

Jonathan Stern (*pro hac vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email:jstern@rosenlegal.com

*Attorneys for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THOMAS LIN, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TMC THE METALS COMPANY INC., GERRARD BARRON, and CRAIG SHESKY, <br><br> Defendants. | Case No. 2:24-cv-09684-PA-AJR <br><br> Hon. Percy Anderson <br><br> **STIPULATED REQUEST FOR BRIEFING SCHEDULE IN RESPONSE TO THE SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> <u>CLASS ACTION</u> |

1

Plaintiff Thomas Robinson and additional named plaintiff Jeffrey Royal (collectively, "Plaintiffs"), and Defendants TMC The Metals Company Inc. ("TMC" or the "Company"), Gerard Barron, and Craig Shesky ("Defendants," and with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to request an order from the Court regarding the briefing schedule for a motion to dismiss the Second Amended Class Action Complaint ("SAC") (Dkt. No. 42):

WHEREAS, on March 6, 2025, Plaintiffs filed the Amended Class Action Complaint ("Amended Complaint");

WHEREAS, on April 10, 2025, Defendants moved to dismiss the Amended Complaint that was fully briefed on June 5, 2025;

WHEREAS, on June 18, 2025, the Court granted the motion to dismiss the Amended Complaint and gave Plaintiffs leave to file an amended complaint by July 2, 2025;

WHREREAS, Plaintiffs filed the SAC on July 2, 2025;

WHEREAS, Defendants anticipate moving to dismiss the SAC;

WHEREAS, the lead attorney for Plaintiffs responsible for the motion to dismiss opposition has an immediate family member in the midst of a critical medical emergency. As such, this proposed schedule will allow him some time to accommodate his personal situation (*see* Declaration of Jonathan Stern, ¶¶5-6).

WHEREAS, the Parties have not sought any other extensions of time or proposed a briefing schedule for the response to the SAC and do not seek an extension for the purpose of delay;

WHEREAS, in light of the personal responsibilities Lead Counsel is currently shouldering, the Parties believe there is good cause and respectfully request the Court enter the agreed-upon briefing schedule proposed herein; and

NOW, THEREFORE, the Parties, through their undersigned counsel and

STIPULATED REQUEST FOR BRIEFING SCHEDULE IN RESPONSE TO THE SECOND AMENDED CLASS ACTION COMPLAINT; 2:24-CV-09684-PA-AJR

subject to approval of the Court, hereby stipulate and agree that:

1. Defendants shall have until August 6, 2025 to file a motion to dismiss the SAC;

2. Plaintiffs shall file their opposition brief no later than September 9, 2025;

3. Defendants shall file a reply brief in support of their motion to dismiss no later than September 30, 2025, and

4. This stipulation is without prejudice to any of the Parties' rights or defenses in this action.

Dated: July 8, 2025

THE ROSEN LAW FIRM, P.A.

/s/ Jonathan Stern
Laurence M. Rosen, Esq. (SBN 219683)
Jonathan Stern (*pro hac vice*)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

THE SCHALL LAW FIRM
Brian Schall (290685)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff and the Class*

STIPULATED REQUEST FOR BRIEFING SCHEDULE IN RESPONSE TO THE SECOND AMENDED CLASS ACTION COMPLAINT; 2:24-CV-09684-PA-AJR

Dated: July 8, 2025                  **LATHAM & WATKINS LLP**

*/s/ Colleen C. Smith*
Kristin N. Murphy (SBN 268285)
650 Town Center Drive, 20th Floor.
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Email: kristin.murphy@lw.com

Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Email: colleen.smith@lw.com

Jeff G. Hammel (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:jeff.hammel@lw.com

*Attorneys for TMC The Metals Company Inc., Gerard Barron, and Craig Shesky*

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

By: */s/ Jonathan Stern*
Jonathan Stern

STIPULATED REQUEST FOR BRIEFING SCHEDULE IN RESPONSE TO THE SECOND AMENDED CLASS ACTION COMPLAINT; 2:24-CV-09684-PA-AJR