

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jonathan Stern (*pro hac vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email:jstern@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THOMAS LIN, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TMC THE METALS COMPANY INC., GERRARD BARRON, and CRAIG SHESKY, <br><br> Defendants. | Case No. 2:24-cv-09684-PA-AJR <br><br> Hon. Percy Anderson <br><br> **DECLARATION OF JONATHAN STERN IN SUPPORT OF STIPULATED REQUEST FOR BRIEFING SCHEDULE IN RESPONSE TO THE SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> <u>CLASS ACTION</u> |

1

I, Jonathan Stern, declare:

1.      I am an attorney at The Rosen Law Firm, P.A., Court appointed Lead Counsel for Lead Plaintiff Thomas Robinson and named plaintiff Jeffrey Royal (collectively, "Plaintiffs"). I am admitted *pro hac vice* in the above-captioned action. I make this declaration in support of the Stipulated Request for Briefing Schedule in Response to the Second Amended Class Action Complaint. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      On March 6, 2025, Plaintiffs filed the Amended Class Action Complaint ("Amended Complaint"). Defendants moved to dismiss the Amended Complaint on April 10, 2025. Plaintiffs filed an opposition brief on May 15, 2025 and Defendants filed their reply brief on June 5, 2025.

3.      On June 18, 2025, the Court granted the motion to dismiss the Amended Complaint and gave Plaintiffs leave to file an amended complaint by July 2, 2025.

4.      On July 2, 2025, Plaintiffs filed the Second Amended Class Action Complaint ("SAC").

5.      I am the lead attorney working on this action and the most familiar with the allegations of the action. I am responsible for the drafting of oppositions to any motions to dismiss filed.

6.      A member of my immediate family recently began experiencing a critical medical emergency that requires my attention and care. I informed defendants on July 7, 2025 of my family emergency and asked to enter into a similar briefing schedule as the Parties entered in response to the Amended Complaint. Defense counsel agreed to my request to accommodate my personal situation.

7.      The Parties have not sought any other extensions of time or proposed a briefing schedule for the response to the SAC. The Parties do not seek an extension for the purpose of delay.

8.      Because no dates have yet been set by the Court, and the Private

Securities Litigation Reform Act of 1995 imposes a mandatory stay of discovery and other proceedings until and unless a motion to dismiss is denied, the proposed extension will have no effect on any pre-trial or trial dates in this action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 8th day of July 2025, at New York, NY.

/s/ Jonathan Stern
Jonathan Stern

4