UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| THOMAS LIN, Individually and on behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 2:24-cv-09684-PA-AJR |
|---|---|---|
| Plaintiff, | ) ) ) ) | Hon. Percy Anderson |
| v. | ) ) ) ) | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR BRIEFING SCHEDULE IN RESPONSE TO THE SECOND AMENDED CLASS ACTION COMPLAINT** |
| TMC THE METALS COMPANY INC., GERRARD BARRON, and CRAIG SHESKY, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) ) ) ) | <u>CLASS ACTION</u> |

1

Pursuant to the Stipulated Request for Briefing Schedule in Response to the Second Amended Class Action Complaint and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.      Defendants shall have until August 6, 2025 to file a motion to dismiss the Second Amended Class Action Complaint;

2.      Plaintiffs shall file their opposition brief no later than September 9, 2025;

3.      Defendants shall file a reply brief in support of their motion to dismiss no later than September 30, 2025, and

4.      This stipulation is without prejudice to any of the parties' rights or defenses in this action.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Hon. Percy Anderson
United States District Judge

2