UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THOMAS LIN, Individually and on behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>TMC THE METALS COMPANY INC., GERRARD BARRON, and CRAIG SHESKY,<br><br>        Defendants. | Case No. 2:24-cv-09684-PA-AJR<br><br>Hon. Percy Anderson<br><br>**ORDER GRANTING IN PART STIPULATED REQUEST FOR BRIEFING SCHEDULE IN RESPONSE TO THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>CLASS ACTION |

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR BRIEFING SCHEDULE IN RESPONSE TO THE SECOND AMENDED CLASS ACTION COMPLAINT; 2:24-CV-09684-PA-AJR

Pursuant to the Stipulated Request for Briefing Schedule in Response to the Second Amended Class Action Complaint and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.      Defendants shall have until August 6, 2025 to file a motion to dismiss the Second Amended Class Action Complaint;

2.      Plaintiffs shall file their opposition brief no later than September 9, 2025;

3.      Defendants shall file a reply brief in support of their motion to dismiss no later than September 23, 2025, and

4.      This stipulation is without prejudice to any of the parties' rights or defenses in this action.

**IT IS SO ORDERED.**

Dated: July 08, 2025

_____

Percy Anderson
United States District Judge

2