UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS LIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TMC THE METALS COMPANY INC., GERARD BARRON, and CRAIG SHESKY,<br><br>Defendants. | CASE NO. 2:24-CV-09684-PA-AJR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Defendants TMC the metals company, Inc. ("TMC" or the "Company"), Gerard Barron, and Craig Shesky (together, the "Individual Defendants," and with TMC, "Defendants") respectfully request that the Court consider certain documents submitted in connection with Defendants' Motion to Dismiss the Corrected Second Amended Class Action Complaint ("Motion") and attached to the contemporaneously filed Declaration of Colleen C. Smith.

The Court, having considered Defendants' request, and good cause appearing therefrom, finds that Exhibits 1 through 17 are incorporated by reference in the Corrected Second Amended Class Action Complaint and/or are subject to judicial notice, and therefore are properly subject to consideration in connection with Defendants' Motion.    Defendants' Request for Judicial Notice is therefore GRANTED.

**IT IS SO ORDERED.**

Dated: _____        _____
                                HONORABLE PERCY ANDERSON
                                UNITED STATES DISTRICT JUDGE