LATHAM & WATKINS LLP
Jeff G. Hammel *(pro hac vice)*
  jeff.hammel@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Colleen C. Smith (SBN 231216)
  colleen.smith@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400

Kristin N. Murphy (SBN 268285)
  kristin.murphy@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235

*Attorneys for Defendants TMC the metals company, Inc., Gerard Barron, and Craig Shesky*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS LIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TMC THE METALS COMPANY INC., GERARD BARRON, and CRAIG SHESKY, <br><br> Defendants. | CASE NO. 2:24-CV-09684-PA-AJR <br><br> **JOINT REQUEST TO DEFER RULING ON DEFENDANTS' MOTION TO DISMISS THE CORRECTED SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> *[Filed concurrently with proposed order]* |

Plaintiff Thomas Robinson ("Lead Plaintiff"), and Defendants TMC The Metals Company Inc. ("TMC" or the "Company"), Gerard Barron, and Craig Shesky ("Defendants," and with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby submit this joint request that the Court defer ruling on Defendants' Motion to Dismiss the Corrected Second Amended Class Action Complaint.

WHEREAS, on July 2, 2025, Lead Plaintiff filed his Second Amended Class Action Complaint (Dkt. 42);

WHEREAS, on July 7, 2025, Lead Plaintiff filed his Corrected Second Amended Class Action Complaint (Dkt. 43-1);

WHEREAS, on August 6, 2025, Defendants filed a Motion to Dismiss the Corrected Second Amended Class Action Complaint (the "Motion"), setting the Motion for Hearing on October 20, 2025 (Dkt. 46);

WHEREAS, on September 9, 2025, Lead Plaintiff filed his Opposition to Defendants' Motion (Dkt. 48);

WHEREAS, on September 23, 2025, Defendants filed their Reply to Lead Plaintiff's Opposition (Dkt. 49);

WHEREAS, the Parties are currently exploring a potential settlement of this matter.

NOW THEREFORE, the Parties respectfully request that the Court defer ruling on the Motion until at least November 10, 2025, and vacate the hearing on the Motion currently scheduled for October 20, 2025, pending the Parties' good faith attempt to settle the matter.

**IT IS SO STIPULATED.**

Dated:  October 10, 2025

LATHAM & WATKINS LLP

By: */s/ Colleen C. Smith*
  Colleen C. Smith (SBN 231216)
   *colleen.smith@lw.com*
  12670 High Bluff Drive
  San Diego, CA 92130
  Telephone: (858) 523-5400

  Jeff G. Hammel *(pro hac vice)*
   *jeff.hammel@lw.com*
  1271 Avenue of the Americas
  New York, NY 10020
  Telephone: (212) 906-1200

  Kristin N. Murphy (SBN 268285)
   *kristin.murphy@lw.com*
  650 Town Center Drive,
  20th Floor
  Costa Mesa, CA 92626
  Telephone: (714) 540-1235

*Attorneys for Defendants TMC the metals company, Inc., Gerard Barron, and Craig Shesky*

THE ROSEN LAW FIRM, P.A.

By: */s/ Laurence M. Rosen*
  Laurence M. Rosen, Esq. (SBN 219683)
   *lrosen@rosenlegal.com*
  355 South Grand Avenue, Suite 2450
  Los Angeles, CA 90071
  Telephone: (213) 785-2610
  Facsimile: (213) 226-4684

*Attorneys for Lead Plaintiff Thomas Robinson*

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  October 10, 2025

LATHAM & WATKINS LLP

By: */s/ Colleen C. Smith*
  Colleen C. Smith