LATHAM & WATKINS LLP
Jeff G. Hammel *(pro hac vice)*
  *jeff.hammel@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Colleen C. Smith (SBN 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400

Kristin N. Murphy (SBN 268285)
  *kristin.murphy@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235

*Attorneys for Defendants TMC the metals company, Inc., Gerard Barron, and Craig Shesky*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS LIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TMC THE METALS COMPANY INC., GERARD BARRON, and CRAIG SHESKY,<br><br>Defendants. | CASE NO. 2:24-CV-09684-PA-AJR<br><br>**SECOND JOINT REQUEST TO DEFER RULING ON DEFENDANTS' MOTION TO DISMISS THE CORRECTED SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>*[Filed concurrently with proposed order]* |

Plaintiff Thomas Robinson ("Lead Plaintiff"), and Defendants TMC The Metals Company Inc. ("TMC" or the "Company"), Gerard Barron, and Craig Shesky ("Defendants," and with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby submit this second joint request that the Court defer ruling on Defendants' Motion to Dismiss the Corrected Second Amended Class Action Complaint.

WHEREAS, on July 2, 2025, Lead Plaintiff filed his Second Amended Class Action Complaint (Dkt. 42);

WHEREAS, on July 7, 2025, Lead Plaintiff filed his Corrected Second Amended Class Action Complaint (Dkt. 43-1);

WHEREAS, on August 6, 2025, Defendants filed a Motion to Dismiss the Corrected Second Amended Class Action Complaint (the "Motion"), setting the Motion for Hearing on October 20, 2025 (Dkt. 46);

WHEREAS, on September 9, 2025, Lead Plaintiff filed his Opposition to Defendants' Motion (Dkt. 48);

WHEREAS, on September 23, 2025, Defendants filed their Reply to Lead Plaintiff's Opposition (Dkt. 49);

WHEREAS, on October 13, 2025, the Court granted the Parties' Joint Request to Defer Ruling on the Motion until at least November 10, 2025, and vacated the Motion for Hearing scheduled on October 20, 2025, to provide the Parties time to explore a potential settlement for this matter (Dkt. 51);

WHEREAS, the Parties are continuing to explore a potential settlement of this matter.

NOW THEREFORE, the Parties respectfully request that the Court defer ruling on the Motion until at least January 12, 2026, pending the Parties' good faith attempt to settle the matter.

**IT IS SO STIPULATED.**

Dated:  November 10, 2025


LATHAM & WATKINS LLP                THE ROSEN LAW FIRM, P.A.

By: */s/ Colleen C. Smith*          By: */s/ Laurence M. Rosen*
    Colleen C. Smith (SBN 231216)          Laurence M. Rosen, Esq. (SBN
      *colleen.smith@lw.com*          219683)
    12670 High Bluff Drive             *lrosen@rosenlegal.com*
    San Diego, CA 92130          355 South Grand Avenue, Suite 2450
    Telephone: (858) 523-5400          Los Angeles, CA 90071
      Telephone: (213) 785-2610
    Jeff G. Hammel *(pro hac vice)*          Facsimile: (213) 226-4684
     *jeff.hammel@lw.com*
    1271 Avenue of the Americas          *Attorneys for Lead Plaintiff Thomas*
    New York, NY 10020          *Robinson*
    Telephone: (212) 906-1200

    Kristin N. Murphy (SBN 268285)
     *kristin.murphy@lw.com*
    650 Town Center Drive,
    20th Floor
    Costa Mesa, CA 92626
    Telephone: (714) 540-1235

*Attorneys for Defendants TMC the*
*metals company, Inc., Gerard*
*Barron, and Craig Shesky*


## SIGNATURE CERTIFICATION

    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.


Dated:  November 10, 2025          LATHAM & WATKINS LLP

    By: */s/ Colleen C. Smith*
        Colleen C. Smith