UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS LIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TMC THE METALS COMPANY INC., GERARD BARRON, and CRAIG SHESKY,<br><br>Defendants. | CASE NO. 2:24-CV-09684-PA-AJR<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT REQUEST TO DEFER RULING ON DEFENDANTS' MOTION TO DISMISS THE CORRECTED SECOND AMENDED CLASS ACTION COMPLAINT** |

Pursuant to the Second Joint Request to Defer Ruling on Defendants' Motion to Dismiss the Corrected Second Amended Class Action Complaint filed by Plaintiff Thomas Robinson ("Lead Plaintiff"), and Defendants TMC The Metals Company Inc. ("TMC" or the "Company"), Gerard Barron, and Craig Shesky ("Defendants," and with Lead Plaintiff, the "Parties") and good cause appearing, the Court shall defer ruling on Defendants' Motion to Dismiss the Corrected Second Amended Class Action Complaint ("Motion") until at least January 12, 2026, pending the Parties' good faith attempt to settle the matter.

Dated: _____     _____

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE