UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS LIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TMC THE METALS COMPANY INC., GERARD BARRON, and CRAIG SHESKY, <br><br> Defendants. | CASE NO. 2:24-CV-09684-PA-AJR <br><br> **ORDER GRANTING IN PART AND DENYING IN PART SECOND JOINT REQUEST TO DEFER RULING ON DEFENDANTS' MOTION TO DISMISS THE CORRECTED SECOND AMENDED CLASS ACTION COMPLAINT** |

Pursuant to the Second Joint Request to Defer Ruling on Defendants' Motion to Dismiss the Corrected Second Amended Class Action Complaint filed by the parties, the Court shall defer ruling on Defendants' Motion to Dismiss the Corrected Second Amended Class Action Complaint ("Motion") until December 12, 2025, pending the Parties' good faith attempt to settle the matter. There has been no showing of good cause to grant a date beyond December 12, 2025 and the Court is not inclined to grant a further request absent a detailed and specific showing of the parties' good faith efforts to settle the matter.

Dated:  November 12, 2025                    _____

Percy Anderson
UNITED STATES DISTRICT JUDGE