LATHAM & WATKINS LLP
Jeff G. Hammel *(pro hac vice)*
  *jeff.hammel@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Colleen C. Smith (SBN 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400

Kristin N. Murphy (SBN 268285)
  *kristin.murphy@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235

*Attorneys for Defendants TMC the metals company, Inc., Gerard Barron, and Craig Shesky*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS LIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TMC THE METALS COMPANY INC., GERARD BARRON, and CRAIG SHESKY, <br><br> Defendants. | CASE NO. 2:24-CV-09684-PA-AJR <br><br> **THIRD JOINT REQUEST TO DEFER RULING ON DEFENDANTS' MOTION TO DISMISS THE CORRECTED SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> *[Filed concurrently with proposed order]* |

Plaintiff Thomas Robinson ("Lead Plaintiff"), and Defendants TMC The Metals Company Inc. ("TMC" or the "Company"), Gerard Barron, and Craig Shesky ("Defendants," and with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby submit this third joint request that the Court defer ruling on Defendants' Motion to Dismiss the Corrected Second Amended Class Action Complaint.

WHEREAS, on July 2, 2025, Lead Plaintiff filed his Second Amended Class Action Complaint (Dkt. 42);

WHEREAS, on July 7, 2025, Lead Plaintiff filed his Corrected Second Amended Class Action Complaint (Dkt. 43-1);

WHEREAS, on August 6, 2025, Defendants filed a Motion to Dismiss the Corrected Second Amended Class Action Complaint (the "Motion"), setting the Motion for Hearing on October 20, 2025 (Dkt. 46);

WHEREAS, on September 9, 2025, Lead Plaintiff filed his Opposition to Defendants' Motion (Dkt. 48);

WHEREAS, on September 23, 2025, Defendants filed their Reply to Lead Plaintiff's Opposition (Dkt. 49);

WHEREAS, on October 13, 2025, the Court granted the Parties' Joint Request to Defer Ruling on the Motion until at least November 10, 2025, and vacated the Motion for Hearing scheduled on October 20, 2025, to provide the Parties time to explore a potential settlement for this matter (Dkt. 51);

WHEREAS, on November 12, 2025, the Court granted in part and denied in part the Parties' Joint Request to Defer Ruling on the Motion until at least January 12, 2026, stating that "[t]here has been no showing of good cause to grant a date beyond December 12, 2025 and the Court is not inclined to grant a further request absent a detailed and specific showing of the parties' good faith efforts to settle the matter" (Dkt. 53), and deferred ruling on the Motion until December 12, 2025;

WHEREAS, at this point, the Parties have exchanged multiple offers and

counteroffers as part of their good faith efforts to settle this action, including a counteroffer that Defendants delivered on December 10, 2025, to which Plaintiffs committed to respond within the following week, and the Defendants likewise committed to further countering, if necessary, thereafter;

NOW THEREFORE, the Parties respectfully request that the Court defer ruling on the Motion until at least January 12, 2026, pending the Parties' good faith attempt to settle the matter.

**IT IS SO STIPULATED.**

Dated:  December 12, 2025

LATHAM & WATKINS LLP

By: */s/ Colleen C. Smith*
    Colleen C. Smith (SBN 231216)
     *colleen.smith@lw.com*
    12670 High Bluff Drive
    San Diego, CA 92130
    Telephone: (858) 523-5400

    Jeff G. Hammel *(pro hac vice)*
     *jeff.hammel@lw.com*
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 906-1200

    Kristin N. Murphy (SBN 268285)
     *kristin.murphy@lw.com*
    650 Town Center Drive,
    20th Floor
    Costa Mesa, CA 92626
    Telephone: (714) 540-1235

*Attorneys for Defendants TMC the metals company, Inc., Gerard Barron, and Craig Shesky*

THE ROSEN LAW FIRM, P.A.

By: */s/ Laurence M. Rosen*
    Laurence M. Rosen, Esq. (SBN 219683)
     *lrosen@rosenlegal.com*
    355 South Grand Avenue, Suite 2450
    Los Angeles, CA 90071
    Telephone: (213) 785-2610
    Facsimile: (213) 226-4684

*Attorneys for Lead Plaintiff Thomas Robinson*

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  December 12, 2025          LATHAM & WATKINS LLP

By:  */s/ Colleen C. Smith*
Colleen C. Smith