UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS LIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TMC THE METALS COMPANY INC., GERARD BARRON, and CRAIG SHESKY, <br><br> Defendants. | CASE NO. 2:24-CV-09684-PA-AJR <br><br> **[PROPOSED] ORDER GRANTING THIRD JOINT REQUEST TO DEFER RULING ON DEFENDANTS' MOTION TO DISMISS THE CORRECTED SECOND AMENDED CLASS ACTION COMPLAINT** |

Pursuant to the Third Joint Request to Defer Ruling on Defendants' Motion to Dismiss the Corrected Second Amended Class Action Complaint filed by Plaintiff Thomas Robinson ("Lead Plaintiff"), and Defendants TMC The Metals Company Inc. ("TMC" or the "Company"), Gerard Barron, and Craig Shesky ("Defendants," and with Lead Plaintiff, the "Parties") and good cause appearing given the Parties' continued good faith efforts to settle this action, the Court shall defer ruling on Defendants' Motion to Dismiss the Corrected Second Amended Class Action Complaint ("Motion") until at least January 12, 2026.

Dated: _____        _____

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE