JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LIN, et al. | CV 24-09684 PA (AJRx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| TMC THE METALS COMPANY INC., et al., | |
| Defendants. | |

In accordance with the Court's January 16, 2026 Minute Order granting the Motion to Dismiss filed by defendants TMC The Metals Company Inc., Gerard Barron, and Craig Shesky ("Defendants"),

IT IS ORDERED, ADJUDGED, AND DECREED that

1. The action filed by Plaintiff Thomas Lin ("Plaintiff") is dismissed with prejudice for failure to state a viable claim;

2. Plaintiff shall take nothing; and

3. Defendants shall recover their costs of suit.

DATED: January 20, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE